# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-00285 SJO (SSx) | Date | July 17, 2013 |
|---|---|---|---|
| Title | Edwin Figueroa v. Autozone West Inc et al | | |

| Present: The Honorable | S. JAMES OTERO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Christine Chung | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**      ( In Chambers):     Order to Show Cause re: Settlement

The Court is in receipt of the Notice of Settlement **[31]** filed on July 16, 2013. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, August 19, 2013 at 8:30 a.m.**

The OSC hearing will be vacated upon the filing of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | CCH |